In the United States District Court

for the _____ District of \_\_MARYLAND\_\_

United States of America

v.

STEVEN ANGELET

00-6268
CR - DIMITROULEAS

Criminal No. JFM-98-0297

**MAGISTRATE JUDGE SNOW**

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Steven Angelet__, defendant, have been informed that a __Indictment__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __Fort Lauderdale__ Florida/ in which I __am held__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __July 17__, __2000__ at __Miami, Fl.__

(*Defendant*) Steven Angelet

(*Witness*)

(*Counsel for Defendant*)

Approved

United States Attorney for the

_____ District of
__Maryland__

United States Attorney for the
__Southern__ District of
__Florida/Fort Lauderdale__

FORM USA-153
SEP 82

| To: Southern District of Florida, Fort Lauderdale | District: Southern District | Date: |
|---|---|---|
| Name of Subject: Steven Angelet | Statute Violated | File Data (Initials and Number): JFM-98-0297 |

### Part A—District of Arrest

- [X] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

- [ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

- [X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

- [ ] Other (Specify):

- [ ] The above-named defendant entered a plea of guilty under Rule 20.
  Date of Plea    Date of Sentence    Sentence

FILED ____ ENTERED
LODGED ____ RECEIVED

SEP 11 2000

From (Signature and Title): Roger W. Powell, AUSA

Address: UNITED STATES ATTORNEY'S OFFICE
500 E. BROWARD BLVD., STE. 700
FORT LAUDERDALE, FL 33394

### Part B—District of Offense

- [X] I am agreeable to Rule 20 disposition.

- [ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
  *(Kindly notify me of any anticipated delay.)*

- [X] Enclosed are two certified copies of indictment or information. Docket No. JFM-98-0297

- [ ] Please have defendant execute waiver of indictment.

- [ ] Other (Specify):

| Signature (Name and Title): Lynne A. Battaglia, United States Attorney for the District of MD | District: Maryland | Date: 6/20/00 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Previous Editions are Obsolete

FORM OBD-101
FEB 83

jgw/lk   USAO:1998R00783

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

WILLIAM EDWARD FRANKLIN

STEVEN ANGELET

CRIMINAL NO. JFM-98-0297
(Conspiracy to Distribute
Heroin and Cocaine, 21 U.S.C.
§ 846)

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

From in or about November, 1997 until in or about June, 1998, in the State and District of Maryland, the Southern District of New York, the Eastern District of Virginia and elsewhere,

**WILLIAM EDWARD FRANKLIN,
STEVEN ANGELET,**

the defendants herein, willfully, knowingly, and unlawfully did combine, conspire, confederate and agree with each other and with persons whose names are to the grand jury known and unknown, to distribute and to possess with intent to distribute quantities of mixtures or substances containing detectable amounts of heroin, a Schedule I Narcotic Controlled Substance, and cocaine, a Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 841 (a)(1).

21 U.S.C. §846.

Lynne A. Battaglia
United States Attorney

A TRUE BILL:

Foreperson
Date: 7/29/98

Deputy

**AO 257** (Rev 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
**BALTIMORE, MARYLAND**
**Northern Division**

**OFFENSE CHARGED**

Conspiracy to Distribute Heroin and Cocaine
☐ Petty
☐ Minor
☐ Misde-
☒ meanor
☐ Felony

**DEFENDANT** – U.S. vs. JFM-98-0297

Steven Angelet

Address: 2400 Johnson Ave, Apt. 7F
Bronx New York 10463

**Place of offense**
Maryland, New York, Virginia

U.S.C. Citation
21 USC 846

Birth Date: 5/24/50
☒ Male ☐ Alien
☐ Female (if applicable)
(Optional unless a juvenile)

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
   ☐ Fed'l ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST
Mo. Day Year

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY
Mo. Day Year

Name and Office of Person Furnishing Information on THIS FORM
LYNNE A. BATTAGLIA
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
James G. Warwick

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**Maximum Penalty:** life/$4,000,000

**Date of Offense:** November 1997 – June 1998
**Length of Trial:** 1 week

OCDETF NO