UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Nos. 00-~~6236~~-CR-FERGUSON *6135*
6268-CR-DIMITROULEAS ✓

UNITED STATES OF AMERICA

v.

STEVEN F. ANGELET,

       Defendant.
_____/

FILED by _____ D.C.

SEP 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER OF TRANSFER

THIS CAUSE having been heard upon the Government's September 15th, 2000, Motion To Consolidate Indictments, said Motion is GRANTED. <u>United States v. Steven F. Angelet</u>, Case No. 00-6268-CR-DIMITROULEAS, and <u>United States v. Steven F. Angelet</u>, Case No. 00-6135-CR-FERGUSON, are consolidated to Judge Ferguson.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20TH day of September, 2000.

Accepting Judge:

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20 day of September, 2000.

Relinquishing Judge:

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: R.W. Powell, AUSA
    Manuel Vazquez, Esq.

