SENTENCING MINUTES

MAR 2  200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA D - 6268-CK-UNF ✓

CASE # CO-6135-CK-UDI

DEFENDANT _Stut n Anglet_            JUDGE____WILKIE D. FERGUSON

Deputy Clerk____TROY T. WALKER            DATE _March 22, 2001_

Court Reporter  ~~Paul Haferling~~ _Bryan_            USPO _4 Weisberg_

AUSA _Roger Powell_            Deft's Counsel _Manuel Vargas_

COUNTS DISMISSED____All Others____
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until___/  /___ at_____AM / PM

_Right to appeal_

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | _135_ | _one_ |
| | | | |
| | | | |

| Supervised Release | _5 yrs_ | _(see f. C for details)_ |
|---|---|---|

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments_____

Assessment $ _100.00_            Fine $_____

Restitution /Other _____

CUSTODY

____✓____Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/  /____

Commitment Recommendation: _That the defendant is incarcerated in South Florida_